UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Newark Vicinage

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973)200-0988
Attorney for Debtor

In Re:

**LUIS R. TAN**

Debtor

Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-15984-RG

Chapter 13

Hearing Date: April 19, 2017 @ 10:30 a.m.

Judge: Rosemary Gambardella

### ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 26, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:  Luis R. Tan

Case No.: 17-15984-RG

Caption of Order: **ORDER EXTENDING AUTOMATIC STAY**

_____

THIS MATTER having come before the Court on the Motion for Debtor's Counsel to extend time for the automatic stay, and the Court having considered the motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby:

**IT IS ORDERED AND ADJUDGED THAT:**

1. The automatic stay in this matter is hereby extended and will be in full force and effect until the time this case is closed and/or dismissed or converted to different chapter of the Bankruptcy Code.

2. The extended automatic stay is hereby extended and will be in full force and effect as to all creditors.