UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Newark Vicinage

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973)200-0988
Attorney for Debtor



**Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**LUIS R. TAN**

　　　　　　　　　　　Debtor

Case No.: 17-15984-RG

Chapter 13

Hearing Date: April 19, 2017 @ 10:30 a.m.

Judge: Rosemary Gambardella

## ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 26, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:  Luis R. Tan

Case No.: 17-15984-RG

Caption of Order: **ORDER EXTENDING AUTOMATIC STAY**

_____

    THIS MATTER having come before the Court on the Motion for Debtor's Counsel to extend time for the automatic stay, and the Court having considered the motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby:

**IT IS ORDERED AND ADJUDGED THAT:**

1. The automatic stay in this matter is hereby extended and will be in full force and effect until the time this case is closed and/or dismissed or converted to different chapter of the Bankruptcy Code.

2. The extended automatic stay is hereby extended and will be in full force and effect as to all creditors.

United States Bankruptcy Court
District of New Jersey

In re:
Luis R. Tan
    Debtor

Case No. 17-15984-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 27, 2017
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
db         +Luis R. Tan,   8-01 Berdan Avenue,   Fair Lawn, NJ 07410-1718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Ralph A Ferro, Jr   on behalf of Debtor Luis R. Tan ralphferrojr@msn.com
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
      TOTAL: 4