UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor,
Luis Tan

_____
| In Re: | ) Case No.:  17-15984 (RG) |
| | ) |
| | ) Chapter:  13 |
| Luis R. Tan | ) |
| | ) |
| | ) Judge:  Rosemary Gambardella |
| | ) |
| _____ | ) |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 21, 2017**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  17-15984-RG  
Luis R. Tan  
Page 2 – Fee Application #1

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant is allowed a fee of $**2,622.50** for services rendered and **$43.31** for expenses for a total of **$2,665.81**The allowance shall be payable as an administrative priority through the Chapter 13 Plan as follows:

This Fee Application will affect Plan payments:

- Plan payments were approved at $1,300.00 for 60 months beginning April 1, 2017.
- Payments will increase to $1,348.00 beginning August 1, 2017 for the remaining 56 months of the Plan