UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor, Deutsche Bank
National Trust Company, as Indenture Trustee for
New Century Home Equity Loan Trust 2004-4

Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.:  17-15984-RG |
| | Adv. No.: |
| Luis Tan, | Hearing Date:  6/7/2017 @9:00 a.m. |
| | |
| Debtor. | Judge:  Rosemary Gambardella |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: August 23, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:              Luis Tan
Case No.:            17-15984-RG
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-4, holder of a mortgage on real property located at 8-01 Berdan Avenue 1X, Fair Lawn, NJ 07410, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Ralph Ferro, Jr., Esquire, attorney for Debtor, Luis Tan, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, which is claim # 5 on the claims register and contains pre-petition arrears of $97,955.96 through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.