UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor,
Luis R. Tan

_____

| In Re: | ) | Case No.:  17-15984 (RG) |
|---|---|---|
|  | ) |  |
|  | ) | Chapter:  13 |
| Luis R. Tan | ) |  |
|  | ) |  |
|  | ) | Judge:  Rosemary Gambardella |
|  | ) |  |
| _____ | ) |  |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 1, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  17-15984-RG
Luis R. Tan
Page 2 – Fee Application #2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of $**792.50** for services rendered and **$14.70** for expenses for a total of **$807.20.** This allowance shall be payable as an administrative priority through the Chapter 13 Plan as follows:

This Fee Application will affect Plan payments:

- Plan payments were approved at $1,300.00 for 60 months beginning April 1, 2017.
- Payments increased to $1,348.00 beginning August 1, 2017.
- Beginning December 1, 2017, Plan payments will increase to $1,364.00 for the remaining 52 months of the Plan