UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor,
Luis Tan

_____

| | |
|---|---|
| In Re: | ) Case No.:  17-15984 (RG) |
| | ) |
| | ) Chapter:  13 |
| Luis R. Tan | ) |
| | ) |
| | ) Judge:  Rosemary Gambardella |
| | ) |
| _____) | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 10, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  17-15984-RG
Luis R. Tan
Page 2 – Fee Application #3

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of $**2,352.50** for services rendered and **$19.70** for expenses for a total of **$2,372.20** This allowance shall be payable as an administrative priority through the Chapter 13 Plan as follows:

This Fee Application will affect Plan payments:

- Plan payments were approved at $2,124.00 beginning May 1, 2018
- Payments will increase to $2,176.00 beginning June 1, 2018.