# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Order Filed on April 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Luis R. Tan

_____

| In Re: | ) | Case No.:  17-15984-RG |
|---|---|---|
|  | ) |  |
|  | ) | Chapter:  13 |
| **Luis R. Tan** | ) |  |
|  | ) | Judge:  Rosemary Gambardella |
|  | ) |  |
|  | ) | Hearing Date:  4/1/20 @ 10:00 am |
| Debtor | ) |  |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 6, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  17-15984 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,892.50** for services rendered and expenses in the amount of **$25.70** for a total of **$2,918.20**  The allowance shall be payable:

   **X**      through the Chapter 13 Plan as an administrative priority.

   **X**      Plan Payments will  increase

- Current Plan payments are $2,176.00;
- Beginning April 1, 2020, Plan payments will increase to $2,303.00

2