## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Order Filed on March 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Luis R. Tan

_____

| In Re: | ) Case No.:  17-15984-RG |
|---|---|
|  | ) |
|  | ) Chapter:  13 |
| **Luis R. Tan** | ) |
|  | ) Judge:  Rosemary Gambardella |
|  | ) |
|  | ) |
| Debtor | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 14, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  17-15984 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$650.00** for services rendered and expenses in the amount of **$8.61** for a total of **$658.61**  The allowance shall be payable:

   **X**      through the Chapter 13 Plan as an administrative priority.

   **X**      Plan Payments will not increase.