# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

### NEWARK VICINAGE

**Order Filed on March 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Luis R. Tan

_____

| | |
|---|---|
| In Re: | )   Case No.:  17-15984-RG |
| | ) |
| | )   Chapter:  13 |
| **Luis R. Tan** | ) |
| | )   Judge:  Rosemary Gambardella |
| | ) |
| | ) |
| _____ Debtor____ | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 14, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  17-15984 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$650.00** for services rendered and expenses in the amount of **$8.61** for a total of **$658.61**  The allowance shall be payable:

  **X**     through the Chapter 13 Plan as an administrative priority.

  **X**     Plan Payments will not increase.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15984-RG

Luis R. Tan                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                              Page 1 of 1
Date Rcvd: Mar 14, 2022                 Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

**Recip ID              Recipient Name and Address**
db                  +   Luis R. Tan, 8-01 Berdan Avenue, Fair Lawn, NJ 07410-1718

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2022                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
        on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust
        2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Ralph A Ferro, Jr
        on behalf of Debtor Luis R. Tan ralphferrojr@msn.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4