Order Filed on April 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Deutsche Bank National Trust
Company, as Indenture Trustee, for New
Century Home Equity Loan Trust 2004-4

Case No:    17-15984 RG

Chapter: 13

Judge:  Rosemary Gambardella

In Re:

 Luis R. Tan,

     DEBTOR.

## CONSENT ORDER CURING POST-PETITION ESCROW ADVANCES

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 22, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:            Luis R. Tan
Case No.:          17-15984 RG
Caption:           **CONSENT ORDER CURING POST-PETITION ESCROW
                   ADVANCES**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4, holder of a mortgage on real property known as 8-01 Berdan Avenue, Fair Lawn, New Jersey, 07410, with the consent of Ralph A. Ferro Jr., Esq., counsel for the Debtor, Luis R. Tan,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Debtor is owing post-petition escrow advances for a total of $11,413.38; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $11,413.38 will be paid by Debtor remitting $500.00 for per month for twenty-two months and $413.38 for one month, which additional payments shall begin on April 1, 2022 and continue for a period of twenty-two months until the post-petition arrears are cured; and

**ORDERED, ADJUDGED** and **DECREED** that this order and the amounts contained here in shall survive and be excepted from any Discharge the Debtor may receive in this case; and

                                                            Dated: 04/12/2022

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated: 04/12/2022

*/s/ Ralph Ferro, Esq.*
RALPH A. FERRO JR., ESQ., ATTORNEY FOR DEBTOR