| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4

Order Filed on April 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    17-15984 RG

Chapter: 13

Judge:  Rosemary Gambardella

In Re:

Luis R. Tan,

　　DEBTOR.

## CONSENT ORDER CURING POST-PETITION ESCROW ADVANCES

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 22, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Luis R. Tan
Case No.: 17-15984 RG
Caption: **CONSENT ORDER CURING POST-PETITION ESCROW ADVANCES**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4, holder of a mortgage on real property known as 8-01 Berdan Avenue, Fair Lawn, New Jersey, 07410, with the consent of Ralph A. Ferro Jr., Esq., counsel for the Debtor, Luis R. Tan,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Debtor is owing post-petition escrow advances for a total of $11,413.38; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $11,413.38 will be paid by Debtor remitting $500.00 for per month for twenty-two months and $413.38 for one month, which additional payments shall begin on April 1, 2022 and continue for a period of twenty-two months until the post-petition arrears are cured; and

**ORDERED, ADJUDGED** and **DECREED** that this order and the amounts contained here in shall survive and be excepted from any Discharge the Debtor may receive in this case; and

Dated: 04/12/2022

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:    Dated: 04/12/2022


*/s/ Ralph Ferro, Esq.*
RALPH A. FERRO JR., ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-15984-RG |
| Luis R. Tan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 22, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Luis R. Tan, 8-01 Berdan Avenue, Fair Lawn, NJ 07410-1718 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 24, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Luis R. Tan ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4